**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALFREDO SALDANA-RAMIREZ, | No. 11-70522 |
| Petitioner, | Agency No. A088-884-090 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 15, 2012[**]

Before:     CANBY, GRABER, and M. SMITH, Circuit Judges.

Alfredo Saldana-Ramirez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his motion for a continuance.  We

have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denial of a continuance, *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009), and we deny the petition for review.

The BIA did not abuse its discretion in concluding that Saldana-Ramirez failed to show good cause for a continuance pending the completion of post-conviction relief proceedings in state court where no favorable evidence was excluded as a result of the denial and the requested continuance would have been indefinite in nature. *See id.* at 1012-14. Contrary to Saldana-Ramirez's contention, the agency did not apply an incorrect legal standard in ruling on his motion.

We deny Saldana-Ramirez's motion for judicial notice of documents outside the administrative record. *See Fisher v. INS*, 79 F.3d 955, 963 (9th Cir. 1996) (en banc). Accordingly, we deny as moot the government's motion to strike.

**PETITION FOR REVIEW DENIED.**